E-FILED
Wednesday, 12 March, 2008 12:15:12 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 1 2 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Plaintiff**<br><br>Ian G. Watkins | )<br>)<br>)<br>)<br>) |
| **vs.**<br>Micheal D. McCoy: Sheriff<br>Judy Moss: Super Intendent<br>Steven S. Smith Correctional Super Intendent. | )<br>)<br>)<br>) |

Case No. 08-1065

*The case # will be assigned by the clerk)*

| **Defendant(s)** | |
|---|---|
| Micheal D. McCoy | ) Sheriff |
| Judy Moss | ) Super Intendent |
| Steven S. Smith | ) Correctional Super Intendent. |
| | ) |
| | ) |
| | ) |
| | ) |
| | )<br>)<br>) |

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action*

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

*(against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   **42 U.S.C. §1983 (state, county or municipal defendants)**

☐   **Action under** *Bivens v. Six Unknown Federal Narcotics Agents***, 403 U.S. 388 (1971)(federal defendants)**

☐   **Other federal law:** _____
_____

☒   **Unknown** _____
_____

## I.  FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law.  *(You may assert a different jurisdictional basis, if appropriate).*

### II.  PARTIES

**A. Plaintiff:**

Full Name: ___Ian Geoffrey Watkins___

Prison Identification Number: ___R23166___

Current address: ___301 N. Maxwell Rd. Peoria IL, 61604___

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

**B. Defendants**

Defendant #1:

Full Name: ___Micheal D. McCoy___

Current Job Title: ___Sheriff___

2

Current Work Address _301 N. Maxwell Rd Peoria IL, 61604_

_____

**Defendant #2:**

Full Name: _Judy Moss_

Current Job Title: _Super Intendent_

Current Work Address _301 N. Maxwell Rd Peoria IL 61604_

_____

**Defendant #3:**

Full Name: _Steven S. Smith_

Current Job Title: _Correctional Super Intendent_

Current Work Address _301 N. Maxwell Rd Peoria IL. 61604_

_____

**Defendant #4:**

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

**Defendant #5:**

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  □          No  ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes  □          No  ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
_____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court*

4

*in understanding your claim.*

**A.  Is there a grievance procedure available at your institution?  Yes  ☑  No  ☐**

**B.  Have you filed a grievance concerning the facts relating to this complaint?**

   **Yes  ☑  No  ☐**

If your answer is no, explain why not _____

_____

**C.  Is the grievance process completed?  Yes  ☑  No  ☐**

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence __Peoria County Jail.__

Date(s) of the occurrence __February 21, 2008 , February 25. 2008__

*State here briefly the FACTS that support your case.  Describe what each defendant did to violate your federal rights.  You do not need to give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.  Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.  Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Now Comes the plaintiff Ian Watkins seeking redress, and compensation
due to Constiutional Violation(s). On or about the date of February 21, 2008.
Plaintiff Watkins filled out Inmate Request Form seeking to have cases
Sheppardize for him see Exhibit A. Plaintiff Watkins is currently in

5

the Appealate Court fighting Double Jeopardy, he is doing research to aid in his defense. The information Watkins was seeking is not in the Law Books at P.C.J. as the Law Books are out dated, insufficient, inadequate, and ineffective. Plaintiff turned to Steven S. Smith, Micheal D. McCoy, and Judy Moss Exhibt A as he is fighting for his life, limb, liberty, and pursuit of happiness. A nother Inmate by the Name of Terrance Brewer had case(s) sheppardize for him see Exhibt A1. Plaintiff Watkins aserts this as prejudice, discrimination, disparaging, and a cripling effect on his life, limb, and liberty. Defendents acted with deliberate indifferene, had no legitimate need to deny Plaintiff(s) request. I feel inclined right here to give what Steven S. Smith wrote at page 15 of the Inmate rules, regulations and information hand book, see Exhibt A3.

"The Administration and Staff of the Peoria County Jail are committed to operating a safe and secure facility, Fair treatment of those incarcerated will always be expected of Jail personnel." Plaintiff Watkins Appealed the February 21st decision on 2-25-08 see Exhibit A2 exhausting all remedy. Plaintiff Watkins is in a continuing state of anxiety and insecurity, great mental anguish, and pain and suffing as he feels this was Maliciously, blatantly, and cruelly done. See Amendment (XIV) Amendment (VIII). See also 730 ILCS 5/3-8-7 (b)(1) also Rule 1.4 County Law Library.

The plaintiff aserts he has no legal knowledge to litigate the procedings to come Thus, Therfore he humbly prays this Honorable Court appoints Counsel for him.

## RELIEF REQUESTED

*(State what relief you want from the court.)*

$100,000 punitive, $150,000 Mental anguish, $35,000 pain suffering

Appointment of Counsel Attorney Fees

Fair Treatment of Law

Adequate Law Library

to proceed in forma pauperis

**JURY DEMAND**    Yes ☑    No ☐

Signed this **29th** day of **February** , 20 **08** .

_Dan Geoffrey Watkins_

*( Signature of Plaintiff)*

10

| Name of Plaintiff: | Inmate Identification Number: |
| --- | --- |
| Ian Geoffrey Watkins | R23166 |
| Address:<br>301 N. Maxwell Rd. Peoria IL. 61604 | Telephone Number: NA |

## INMATE REQUEST FORM

Exhibit A

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations

My Case is in the appelate court. I len have a attorney and your assistance needed

(X) Other _Sheriff Michael McCoy_

TO: _Michael McCoy_          DATE: _2-21-08_

FROM: _____          CELL BLOCK: _G1____

COMPLAINT OR PROBLEM: _I'm doing research of my case/need these cases_
_Sheppardize people v phillips cite # 331 N.E2d 163, people v Scalisi 324IN.31,_
_154 N.E. 715, people v Jones 219IN.2d 2132 845 NE 2d N 615. Peoplev Everette_
_141 IN2d 147, 155-156, 565 N E.2d 1295 (1991) Abney V United States_
_431 U.S. 651 (1977) This info is not in the law books here at_
_P.C.J. Thank you for the work you've done._

SIGNATURE: _____  /  _____
            (written)                              (printed)

## RESPONSE

TO: _____          DATE: _____

_____

_____

_____

_____

SIGNATURE: _____          TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 )

My

Exhibit A

# INMATE REQUEST FORM

I am interested in, or have a question about:    My case is in the appelate Court, I have no

(  )   Programs (GED, Recreation, AA, etc.)    attorney Your assistance is much needed.
(  )   Religious services/counseling
(  )   Classification
(  )   Inmate Disciplinary Procedures
(  )   Department Superintendent of Programs & Services
(  )   Jail Chaplain
(  )   Services/Classification Director
(  )   Department Superintendent of Operations

(X)   Other   Superintendent Steven S Smith

---

TO: Steven S Smith                           DATE: 2-21-08

FROM: Ian Watkins                            CELL BLOCK: G1 Cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case / need these cases
Sheppardize people v phillips 2 Ill. 2d 331 N.E. 2d 163; people v Scalisi
324 Ill. 131, 154 N.E. 715; People v Jones 219 Ill. 2d at 32, 845 N.E. 2d at 615;
People v Evans 141 Ill. 2d 147, 155-156 565 N.E. 2d 1295 (1991) Albney v united
States 431 u.s. 651 (1977) This info is not in the Law books at P.C. J.

---

SIGNATURE: Ian Watkins          /          Watkins
                (written)                          (printed)

---

## RESPONSE

TO: _____          DATE: _____

_____

_____

_____

_____

SIGNATURE: _____          TITLE: _____

u:\dataword\forms\form01 inmate request.doc   ( 2 cases - 12/2007 )

## INMATE REQUEST FORM

Exhibit A

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations

My case is in the appelate court, I will have
a copy of any your answers have with me

(X) Other _Superintendent July Moss_

TO: _Supt. July M._                    DATE: _2-21-08_

FROM: _____                          CELL BLOCK: _6_

COMPLAINT OR PROBLEM: _I'm doing research on my case and the second Sheppard.ze_
_____ v. _____ will it and_
_____ people of everette 111 in 1112_
_155-156, 565 N.E 2d (295 (1991)" To see if the have not been overturned by a later_
_opinion, or limited to different facts." This is not in the law book he at_
_P.C.J. Thank you. or Abney v United States 431 U.S 651 (1977)_

SIGNATURE: _____ / _____
           (written)                        (printed)

## RESPONSE

TO: _____          DATE: _____

_____

_____

_____

SIGNATURE: _____   TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 )

## INMATE REQUEST FORM    Exhibit 4

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations

(X) Other  Sheriff Michael McCoy

My Case is in the appelate court, I do n have a attorney and your assistance is needed

TO: Micheal McCoy                    DATE: 2-21-08
FROM: Ian Watkins                    CELL BLOCK: 61 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case/ need these case's sheppardize people v phillips cite's 331 N.E.2d 169, People v Scalisi 324 Ill.131, 154 N.E. 715, People v Jones 219 Ill.2d at 32, 845 N.E.2d at 615, People v Everette 141 Ill.2d 147, 155-156, 565 N.E.2d 1295 (1991) Abney v United States 431 U.S. 651 (1977) This info is not in the law books here at P.C.J. Thank you for the work you've done.

SIGNATURE: Ian Watkins    /  I. Watkins
                (written)                    (printed)

## RESPONSE

TO: Ian Watkins            DATE: 2-22-08

We do not have this information. You can have an attorney or someone else you know do research for you.

SIGNATURE: Dan Amott    TITLE: Jail Supt.

M

## INMATE REQUEST FORM  Exhibit 4

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)   My case is in the appellate court, I don't have
( ) Religious services/counseling            a attorney and your assistance is only
( ) Classification
( ) Inmate Disciplinary Procedures
( -) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations

(X) Other  Superintendent July Moss

TO: Supt July Moss                    DATE: 2-21-08

FROM: Ian Watkins               CELL BLOCK: 6 | cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case, need these cases) Sheppard 1ze
People v Ploch wisc ab 2s 221 N.E. 2d 1 .... People v Scolis 224 Ill 131 154 N.E 715
People v Jones 219 Ill 2d 1 .32, 345 U.E.1 31 615  People v Everette 141 Ill d 147
155-156  565 N.E d 1295 (1111) To see if the have at been overturned by a later
opinion, or limited to different facts." This is not in the Law books here at
P.C.J. Thank you  also Abney v United States 431 U.S 651 (1977)

SIGNATURE: Ian Watkins          / I. Watkins
              (written)                    (printed)

## RESPONSE

TO: Ian Watkins              DATE: 2-22-08

We do not have this information. You can have
an attorney or someone else you know do research
for you.

SIGNATURE: Steve Smith          TITLE: Jail Supt.

## INMATE REQUEST FORM                Exhibit A

I am interested in, or have a question about:

My case is in the appellate court I have an attorney Your assistance is much needed.

( )  Programs (GED, Recreation, AA, etc.)
( )  Religious services/counseling
( )  Classification
( )  Inmate Disciplinary Procedures
( ✓ )  Department Superintendent of Programs & Services
( )  Jail Chaplain
( )  Services/Classification Director
( )  Department Superintendent of Operations

(✓)  Other  Superintendent Steven S Smith

---

TO: Steven S Smith                     DATE: 2-21-08

FROM: Ian Watkins                      CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case / need these cases
Sheppardize people v phillips Eyeas 331 N.E. 2d 163; people v Scalisi
324 Ill. 131, 154 N.E. 715; People v Jones 219 Ill 2d at 32, 845 NE 2d at 615;
People v Evencio 141 Ill. 2d 147, 155-156 565 N.E 2d 1295 (1991) Albney v United
States 431 U.S. 651 (1977) This info is not in the Law books at P.C.J.

SIGNATURE: Ian Watkins                 /        Watkins
             (written)                           (printed)

---

## RESPONSE

TO: Ian Watkins                        DATE: 2-22-08

We do not have this information. You can have
an attorney or someone else you know do research
for you.

SIGNATURE: Steve Smith                 TITLE: Jail Supt.

5.    A2

NEED Appeal by Correctional Superintendent Steven S. Smith

## INMATE REQUEST FORM

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
(X) Department Superintendent of Operations

(X) Other _Judy Moss; Steven S. Smith; Robert McCoy._

TO: _Whom this May Concern:_    DATE: _2-25-08_

FROM: _Len Watkins_    CELL BLOCK: _(8) Cell 6_

COMPLAINT OR PROBLEM: _I'm doing research of my case. Need these cases: Sheppardize people v Phillips et. al as 331 N.E.2d 163; people v Scales; 324 Ill. 131, 154 N.E. 715; people v Jones 219 Ill. 2d at 32; 845 N.E.2d at 615; people v Everette 141 Ill. 147, 155, 156 N.E. 2d 1295 (Ill) Albany v United States 431 U. 651 (1977) "To see if the have not been overturned by a later opinion or limited to different facts" My case is in the Appelate Court, I don't have a attorney. Your assistance is needed as this info is not in the Law books at P.L.J._

SIGNATURE: _L. Watkins_    /    _Watkins_
(written)    (printed)

---

## RESPONSE

TO: _____    DATE: _____

_____

_____

_____

_____

SIGNATURE: _____    TITLE: _____

u:\dataword\forms\form01 inmate request.doc   ( 2 cases - 12/2007 )

A2

**INMATE REQUEST FORM**

*NEED Appeal by Correctional Superintendent Steven S. Smith*

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
(X) Department Superintendent of Operations

X Other _Judy Moss; Steven S. Smith; Robert McCoy;_

TO: _Whom this May Concern:_     DATE: _2-25-08_

FROM: _Ian Watkins_     CELL BLOCK: _6) cell 6_

COMPLAINT OR PROBLEM: _I'm doing research of my case; Need these cases sheppardize people v phillips cite as 931 N.E.2d 763; people v scalisi 324 Ill.131, 154 N.E.715; people v Jones 219 Ill.2d at 32, 845 N.E.2d at 615; people v Everette 141 Ill.2d 147,155-156 N.E.2d 1295 (1991) Albney v United States 431 us 651 (1977) "To see if the have not been overturned by a later opinion, or limited to different facts". My case is in the Appelate Court, I don't have a attorney. Your assistance is needed as this info is not in the Law books at P.C. J._

SIGNATURE: _Ian Watkins_     / _Ian Watkins_
     *(written)*     *(printed)*

**RESPONSE** *(2nd Response)*

TO: _Ian Watkins_     DATE: _2-26-08_

_We do not have this information. You can have an attorney or someone else do research for you. I don't know what "sheppardize" means. You need to have judge appoint an attorney to help you._

SIGNATURE: _D Annett_     TITLE: _Jail Supt._

## INMATE REQUEST FORM

Exhibt A1

I am interested in, or have a question about:

( )  Programs (GED, Recreation, AA, etc.)
( )  Religious services/counseling
( )  Classification
( )  Inmate Disciplinary Procedures
( )  Department Superintendent of Programs & Services
( )  Jail Chaplain
( )  Services/Classification Director
( )  Department Superintendent of Operations
(X)  Other _Sheriff Micheal McCoy_

TO: _Micheal McCoy_                DATE: _2-12-08_

FROM: _Terrence Brewer_            CELL BLOCK: _G-1-1_

COMPLAINT OR PROBLEM: _I'm doing Some Research and
I like for this case to be Sheppardize
to see if it has been overturned by a
later opinion, or limited to different facts.
1889 in Inre Nielsen (1889) 131 U.S 176. 9 S. ct 672
331 Ed. The Information is not in P.CJ. Law-Library
your Assistance is much needed._

SIGNATURE: _Terrence Brewer_  /  _TERRENCE BREWER_
                (written)                    (printed)

## RESPONSE

TO: _____        DATE: _____

_____

_____

_____

_____

SIGNATURE: _____         TITLE: _____

u:\dataword\forms\form01 inmate request.doc   ( 2 cases - 12/2007 )

Exhibt A1

## INMATE REQUEST FORM

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations

X Other: Superintendent Judy Moss

TO: Supt. Judy Moss          DATE: 2-12-08

FROM: Terrence Brewer          CELL BLOCK: G-1-1

COMPLAINT OR PROBLEM: I'm doing Some Research and I like for this Case to be Shepperdize to see if it has been Overturned by A later Opinion or limited to different facts. 1889 Inre Nielsen (1889) 131 U.S 176 9 S.Ct 672 33 L Ed The Information is not in PCJ Law-Library. your Assistance is much needed.

SIGNATURE: _____     Terrence Brewer
(written)                        (printed)

## RESPONSE

TO: _____          DATE: _____

_____

_____

_____

SIGNATURE: _____     TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 )

## INMATE REQUEST FORM

Exhibit A1

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( - ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations

Steve Exhibit A1,

☒ Other _Superintendent Smith_

TO: _____  DATE: _2-12-08_

FROM: _Terrence Brewer_  CELL BLOCK: _G-1-1_

COMPLAINT OR PROBLEM: _I'm doing Some Research and I would like for this case to be She.pardized to see if it has been overturned by a late Opinion, or limited to different Facts. 1889 Inre Nielsen (1889) 131 U.S 176 9S ct 672 331 Ed The Information is not in PCJ Law-Library your Assistance is much needed._

SIGNATURE: _Terrence Brewer_ / _TERRENCE BREWER_
           *(written)*                    *(printed)*

## RESPONSE

TO: _____  DATE: _____

_____

_____

_____

_____

SIGNATURE: _____  TITLE: _____

## INMATE REQUEST FORM

Exhibt A1
Rec. 2-19-09
AA

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other Superintendent Judy Moss

TO: Supt. Judy Moss                    DATE: 2-12-08
FROM: Terrence Brewer                  CELL BLOCK: G-1-1

COMPLAINT OR PROBLEM: I'm doing Some Research And I like
for this Case to be Sheppardize to see if it has
been Overturned by A later Opinion or limited to
different facts. 1889 Inre Nielsen (1889) 131 U.S 176
9 S.ct 672 331 Ed The Information is not in PCJ Law-
Library. Your Assistance is much needed.

SIGNATURE: Terrence Brewer
            (written)                  / Terrence Brewer
                                          (printed)

## RESPONSE

TO: Terrence Brewer                    DATE: 2-17-08
    Attached is the most recent Case before Supreme Court
where this case was cited. Any other information
you will need to request from your attorney. I
assume it has not been overturned, but I don't know.

SIGNATURE: A Smith                     TITLE: Jail Supt.



Exhibt A1

FindLaw | For Legal



| Home | Practice Areas | Jurisdictions | Cases & Codes | News | CLE | Market Cente |

Federal Law | State Law | Case Summaries Search | U.S. Code |

Sea·

View enhanced case on Westlaw
KeyCite this case on Westlaw

🖨 Click for Printable version  ✉ Email
http://laws.findlaw.com/us/5(

Cases citing this case: Supreme Court
Cases citing this case: Circuit Courts

# U.S. Supreme Court

## UNITED STATES v. DIXON, 509 U.S. 688 (1993)

### 509 U.S. 688
### UNITED STATES, PETITIONER v. ALVIN J. DIXON AND MICHAEL FOSTER
### CERTIORARI TO THE DISTRICT OF COLUMBIA COURT OF APPEALS

### No. 91-1231

### Argued December 2, 1992
### Decided June 28, 1993

Based on respondent Dixon's arrest and indictment for possession of cocaine with intent to distribute, he was convicted of criminal contempt for violating a condition of his release on an unrelated offense forbidding him to "any criminal offense." The trial court later dismissed the cocaine indictment on double jeopardy grounds. Conv the trial court in respondent Foster's case ruled that double jeopardy did not require dismissal of a five-count indictment charging him with simple assault (Count I), threatening to injure another on three occasions (Counts and assault with intent to kill (Count V), even though the events underlying the charges had previously prompte trial for criminal contempt for violating a civil protection order (CPO) requiring him not to "`assault . . . or in any i threaten . . .'" his estranged wife. The District of Columbia Court of Appeals consolidated the two cases on app ruled that both subsequent prosecutions were barred by the Double Jeopardy Clause under Grady v. Corbin, 4 U.S. 508 .

*Held:*

The judgment is affirmed in part and reversed in part, and the case is remanded.

**A3**

## INMATE COMPLAINTS

A. Complaint limitations – Complaints are only valid if they allege that services are substandard or that a rule, regulation, or officers' conduct is improper.

B. Filing of a Complaint – All complaints must be written on an inmate request form and signed by the inmate and will be forwarded as addressed.

C. Response to Complaints – All complaints will be answered by the designated staff member within 5 days.

D. Appeals – An inmate not satisfied with the response to a complaint may, by using an Inmate request Form, ask that the answer be reviewed by the Correctional Superintendent.

### *STATEMENT FROM THE*
### *PEORIA COUNTY CORRECTIONAL SUPERINTENDENT*

The Administration and Staff of the Peoria County Jail are committed to operating a safe and secure facility. Fair treatment of those incarcerated will always be expected of Jail personnel. Likewise, inmates are required to be respectful to staff or to any other person providing services at the jail. Dedicated and trained staff members are not interested in judging you as an individual, but will use a firm and fair disciplinary system if needed. If you need to correspond with me concerning a change in Jail policy, use the Inmate Request form. Any reasonable complaint will be considered, but my decision will be final.

Some of the programs and services available at the jail are your right, such as adequate food service and proper medical attention. Many of the programs are not rights. They are privileges that you will have to earn, and your behavior will determine how many of them you enjoy. Your time at the Peoria County Jail will be what you make it.

Steven S. Smith
Correctional Superintendent
Peoria County Jail