AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Ian G. Watkins
Plaintiff

v.

Michael L. McCoy
Judy Moss
Stevens. Smith
Defendant

APPLICATION TO **PROCEED** WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 08-1065

I, __Ian Geoffrey Watkins__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Peoria County Jail__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   __$[illegible]/week @ Knos on Main St Peoria IL.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [X] No
   b. Rent payments, interest or dividends            [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments  [ ] Yes   [X] No
   d. Disability or workers compensation payments     [ ] Yes   [X] No
   e. Gifts or inheritances                           [ ] Yes   [X] No
   f. Any other sources                               [X] Yes   [ ] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Receive Money from Mom for Commissary $50.00 month to $100.00 N/A.

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Geoffrey Watkins  Son  NA
   Dakota Watkins  Son  NA

I declare under penalty of perjury that the above information is true and correct.

2-29-08                    /s/ Alan Watkins
_____              _____
Date                       Signature of Applicant


NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Page: 1 Document Name: COUNTY

PAGE    1 OF    18  JM6

## I N MAT E  A C C 0 U N T

INMATEID: 00103607 NAME: WATKINS, IAN GEOFFREY          BALANCE:        54.4
BOOKING: 071241159                                       CANTEEN BALANCE:   .0

DEPOSIT:   AMOUNT:          CASH?    CC?    VOUCHER?   VOUCHER NO:
           NOTE:                   NOTE2:                        PRINT RECPT?
CHECK:     AMOUNT:          NOTE:
  PAY TO:                            ADDR1:
                                     ADDR2:

```
     DATE        TIME     TYPE       AMOUNT    CK-RCPT    NOTES                  STAT BY
  03/05/2008   01:43 PM   COMMISS C   31.30-   00621307   COMM                        MMK
  03/01/2008   11:27 AM   COMMISS C    3.00-   00620747   COMMISSARY PURCHASE         JEP
  02/27/2008   01:42 PM   COMMISS C   21.70-   00620102   COMM                        MMK
  02/27/2008   10:45 AM   ADJUST  A   18.00-   00619978   MED BILL 2/26               MMK
  02/20/2008   02:45 PM   COMMISS C   20.80-   00619059   COMM                        MMK
  02/06/2008   02:39 PM   COMMISS C   39.85-   00616845   COMM                        MMK
  02/06/2008   11:36 AM   ADJUST  A   13.00-   00616720   MED BILL 2/5                MMK
  02/02/2008   01:06 PM   DEPOSIT D  200.00+   00616326   JANICE WATKINS               MC
PFI-JM66 PF2-JM71 PF3-MAINTENANCE                                   PFII-FWD PF12-MEN
```



.50 ¢ deducted from your account 3-6-08

Date: 3/6/2008 Time: 10:14:04 AM

```
                                                                PAGE    2 OF    18  JM6
                            I N M A T E   A C C 0 U N T
 INMATEID:  00103607  NAME:  WATKINS, IAN GEOFFREY              BALANCE:         54.4
 BOOKING:   071241159                                   CANTEEN BALANCE:           .0

 DEPOSIT:     AMOUNT:            CASH?     CC?      VOUCHER?    VOUCHER NO:
              NOTE:                     NOTE2:                           PRINT RECPT?
 CHECK:       AMOUNT:            NOTE:
    PAY TO:                               ADDR1:
                                          ADDR2:



     DATE      TIME    TYPE       AMOUNT    CK-RCPT    NOTES                STAT  BY
  01/30/2008  02:20 PM COMMISS C   11.95-  00615692  COMM                         MMK
  01/23/2008  02:21 PM COMMISS C    9.55-  00614287  COMM                         MMK
  01/16/2008  02:14 PM COMMISS C   15.60-  00613185  COMM                         MMK
  01/09/2008  01:18 PM COMMISS C   28.70-  00612015  COMM                         MMK
  12/27/2007  01:41 PM COMMISS C   33.81-  00608075  COMM                         MMK
  12/26/2007  03:27 PM ADJUST  A    3.00-  00607927  MED BILL 12/24           MMK
  12/19/2007  01:37 PM COMMISS C   10.00-  00607070  COMM                         MMK
  12/18/2007  05:58 PM DEPOSIT D  100.00+  00606922  JANICE WATKINS               ETB
 PF1-JM66  PF2-JM71  PF3-MAINTENANCE               PF10-BWD  PF11-FWD  PF12-MEN
```

```
                                                              PAGE    3 OF   18  JM6
                         I N M AT E   A C C 0 U N T
  INMATEID:  00103607  NAME:  WATKINS,  IAN  GEOFFREY              BALANCE:       54.4
  BOOKING:   071241159                                      CANTEEN  BALANCE:        .0

 DEPOSIT:       AMOUNT:              CASH?     CC?     VOUCHER?    VOUCHER  NO:
                NOTE:                       NOTE2:                            PRINT  RECPT?
 CHECK:         AMOUNT:              NOTE:
    PAY  TO:                                  ADDR1:
                                              ADDR2:



      DATE        TIME       TYPE        AMOUNT    CK-RCPT      NOTES           STAT BY
   12/12/2007  01:41  PM  COMMISS  C    17.60-   00606114  COMM                      MMK
   12/05/2007  02:10  PM  COMMISS  C    14.85-   00605144  COMM                      MMK
   11/28/2007  01:34  PM  COMMISS  C    20.85-   00604132  COMM                      MMK
   11/21/2007  01:59  PM  COMMISS  C    32.30-   00603074  COMM                      MMK
   11/17/2007  11:30  AM  DEPOSIT  D   100.00+   00602544  JANICE  WATKINS            MC
   11/14/2007  01:40  PM  COMMISS  C     3.00-   00601949  COMM                      MMK
   11/07/2007  01:36  PM  COMMISS  C     4.35-   00600848  COMM                      MMK
   10/31/2007  01:29  PM  COMMISS  C    10.35-   00599633  COMM                      KEL
 PFI-JM66  PF2-JM71  PF3-MAINTENANCE                       PFI0-BWD  PFII-FWD  PFI2-MEN
```

Date:  3/6/2008  Time:  10:14:08  AM

```
Page:   1 Document Name: COUNTY

                                                                PAGE     4 OF     18 JM6
                    I N M A T E   A C C 0 U N T
   INMATEID:  00103607  NAME:  WATKINS, IAN GEOFFREY              BALANCE:        54.4
   BOOKING:  071241159                                    CANTEEN BALANCE:         .0

 DEPOSIT:       AMOUNT:           CASH?      CC?      VOUCHER?     VOUCHER NO:
                NOTE:                     NOTE2:                            PRINT RECPT?
 CHECK:         AMOUNT:           NOTE:
      PAY TO:                                        ADDR1:
                                                     ADDR2:


          DATE        TIME      TYPE        AMOUNT    CK-RCPT      NOTES              STAT  BY
       10/24/2007  02:16 PM  COMMISS  C      37.10-  00598582  COMM                         MMK
       10/19/2007  09:12 AM  COMMISS  C      16.00-  00597883  COMMISSARY PURCHASE          JEP
       10/17/2007  01:35 PM  COMMISS  C      30.50-  00597448  COMM                         MMK
       10/11/2007  01:40 PM  DEPOSIT  D     100.00+  00596697  FR/JANICE WATKINS            MFP
       10/10/2007  02:29 PM  COMMISS  C      14.75-  00596341  COMM                         MMK
       10/03/2007  02:41 PM  COMMISS  C      13.20-  00595203  COMM                         MMK
       09/26/2007  02:02 PM  COMMISS  C      17.80-  00594137  COMM                         MMK
       09/19/2007  02:02 PM  COMMISS  C       6.10-  00593074  COMM                         MMK
 PF1-JM66  PF2-JM71  PF3-MAINTENANCE                         PF10-BWD  PF11-FWD  PF12-MEN




 Date: 3/6/2008 Time: 10:14:09 AM
```

```
                                                          PAGE     5 OF    18   JM6
                          I N MAT E  A C C 0 U N T
 INMATEID:  00103607 NAME:  WATKINS,  IAN  GEOFFREY              BALANCE:      54.4
  BOOKING:  071241159                                    CANTEEN  BALANCE:       .0

 DEPOSIT:    AMOUNT:             CASH?     CC?    VOUCHER?   VOUCHER  NO:
             NOTE:                        NOTE2:                         PRINT  RECPT?
 CHECK:      AMOUNT:             NOTE:
   PAY  TO:                              ADDR1:
                                         ADDR2:


       DATE        TIME     TYPE       AMOUNT  CK-RCPT     NOTES              STAT BY
    09/12/2007  01:34  PM  COMMISS  C   13.40-  00592070  COMM                     MMK
    09/05/2007  01:32  PM  COMMISS  C   15.65-  00590958  COMM                     MMK
    08/29/2007  01:44  PM  COMMISS  C   30.50-  00589752  COMM                     MMK
    08/23/2007  11:18  AM  DEPOSIT  D  100.00+  00589061  JANICE  WATKINS           MC
    08/15/2007  01:24  PM  COMMISS  C    2.80-  00587596  COMM                     MMK
    08/08/2007  02:14  PM  COMMISS  C   18.55-  00586486  COMM                     MMK
    08/03/2007  09:12  AM  COMMISS  C    1. 05- 00585863  COMMISSARY  PURCHASE     JEP
    08/02/2007  09:27  AM  COMMISS  C   16.00-  00585746  COMMISSARY  PURCHASE     JEP
 PF1-JM66  PF2-JM71  PF3-MAINTENANCE                  PF10-BWD  PF11-FWD  PF12-MEN
```

Date: 3/6/2008 Time: 10:14:10 AM