E-FILED
Wednesday, 12 March, 2008  12:33:31 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Ian G. Watkins R23166**     Plaintiff | ) ) ) | **WRIT OF HABEAS CORPUS**  **AD TESTIFICANDUM** |
| vs | ) ) | |
| **Michael D. McCoy, et al**     Defendant | ) ) ) | **CASE NO.  08-1065** |

**TO:  THE WARDEN of** Peoria County Jail at Peoria, IL.

      **WE COMMAND** that you produce the body of  **Ian G. Watkins**, Register No. **R23166**, who is in your custody at **10:00 a.m.** before the United States District Court on **Tuesday,  March 25, 2008** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

    DATED:  3/12/08

                              PAMELA E. ROBINSON, CLERK  
                              UNITED STATES DISTRICT COURT

                              BY: _____K. Burns_____  
                                  Deputy Clerk