

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Pamela E. Robinson
Clerk of Court

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 14, 2008

        INMATE NAME AND No. :  Ian G. Watkins, R23166

        CASE NUMBER.  08-1065

Trust Fund Department
Peoria County Jail
301 N. Maxwell Road
Peoria, IL  61604

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.  In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.  Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **9/12/07 through 3/12/08**, within fourteen days of the date of this letter.  Please mail the trust fund ledgers to:

    United States District Court
    Central District Of Illinois
    309 Federal Building
    100 N.E. Monroe
    Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

        Sincerely,

        Pamela E. Robinson

        Clerk, U.S. District Court

cc: Inmate