FILED
E-FILED
Tuesday, 22 April, 2008 03:09:01 PM
Clerk, U.S. District Court, ILCD

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
APR 22 2008



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

Ian G Watkins
        plaintiff                              )
                                               )
    vs,                                        )  Case No. 08 1068
Michael D. McCoy et al                         )
        Defendant                              )
                                               )

## MOTION FOR TOOLS NECESSARY TO RECEIVE ADEQUATE HEARING

NOW COMES the plaintiff, Ian Watkins prose and moves the Court for tools necessary to receive adequate hearing. in support of his motion Plaintiff states!

1, On March 25, 2008 a Merit Review was held, plaintiff stated a claim that the defendants denied him access to court do to an inadequate law library. Plaintiff also said he was discriminated against due to his race,

2. On 4/15/2008 MERIT REVIEW ORDER entered by Judge Harold A. Baker states. It appears at first blush that the plaintiff has stated a claim that the defendants denied him access to court due to an inadequate law library. Stating this case will proceed against the defendants in their individual capacities.

3. A Scheduling Order was entered directing service and setting a Rule 16 confence date of August 15, 2008 at 9:30 am, However this was CANCELLED AND RESET to 8/12/2008 at 9:30 AM.

4. On the date of 4/10/2008 plaintiff asked defendant Judy Moss for the Fed. R. Civ. P. Law Book, defendants response was do you have a Fed case, Plaintiff stated no I have a Civil Law suit and the book to adequately pre pare. Judy Moss stated the book was only for Fed Inmates and that there Counsel stated don't give to State Inmates,

5, Indigent and uneducated prisoner is entitled under equal protection Clause to tools necessary to receive adequate hearing in Courts, Gilmore V. Lynch, D.C. Cal. 1970, 319 F. Supp. 105

6. Adequate law libraries in prisons are one constitutionally accept method to assure meaningful access to courts but alternative means are not necessarily foreclosed see Bounds V. Smith, N.C. 1977, 97 S.Ct 1491, 430 U.S. 817, 52 L.Ed 2d 72; see also Ruby v Massey, D.C. Conn 1978, 452 F.Supp. 361

7. Plaintiff states he has ADHD and low intelligence levels. see National Alliance for the Mentally Ill (NAME) [http://mentalhealth.about.com] see also American psychiatric Association! Diagnostic and Statistcal Manual of Mental Disorders. Fourth Edition, 2000, p. 85, 87, 89, and Inmates med Records.

WHERFORE, plaintiff respectfully requests that this Honorable Court grant this motion for tools necessary to receive adequate hearing

Ian G Watkins
C/o 301 N. Maxwell Rd.
Peoria IL, 61604.

Under the penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure. The undersigned certifies that the statements set forth in this motion are true and accurate.

Ian G Watkins

U.S. District Court
# CENTRAL DISTRICT OF ILLINOIS

Ian G Watkins
     Plaintiff        )

    vs.            )

Michael D McCoy et al    )  Case No 08 1065
     Defendant     )

## NOTICE OF FILING AND PROFF OF SERVICE

To United State District Court      Mr. Michael  D McCoy,
Office of the Clerk.            3rd N. Maxwell Rd.
Room 309                 Peoria IL, 61604
Federal Building 100 N.E Monroe.
Peoria IL 61602

Please be advised that I shall File with the Clerk of the U.S District Court of Illinois, on April 21, 2008 the attached Motion for tools necessary to recive adequate hearing in the above-entitled Cause,

    This certifies that I have served the above named parties with a copy of said Motion, by enclosing same in envelops, properly addressed, postage pre paid, and depositing said envelopes in a U.S. Mail Box. in Peoria, Illinois,

                Ian G Watkins
                Ian G Watkins
                Go 301 N. Maxwell Rd.
                Peoria IL 61604.