E-FILED
Wednesday, 07 May, 2008 11:51:22 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

Ian G Watkins )
    plaintiff )
)
vs. ) Case No 08-1065
)
Michael D. McCoy et al )
    Defendant )

FILED
MAY - 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Document submitted for consideration by the Court

Now comes IAN WATKINS, Plaintiff in the above-captioned matter, moving for this Court to reconsider his motion for an order directing jail staff to provide him with tools to proceed in this lawsuit, and in support of said Motion, said plaintiff states as follows:

1. On the date of May 2, 2008 plaintiff made a second request to see the full Federal Rules of Civil Procedure as directed by Judge Harold A. Baker on 4/28/8. Upon making that request plaintiff was provided with Federal Rules of Civil Procedure Rules 55-end, see attached Exhibit B. Plaintiff stated to Defendant Judy Moss that he needs the full Rules of Fed. Rules of civil procedures book. Defendant stated this is the only book regarding Federal Rules of Civil Procedure within P.C.J.

2. Plaintiff asks this Court to make an order providing plaintiff with the full Rules of Civil procedures or to transport him to use the law library at the Federal Court house.

3. The plaintiff asserts that he would be prejudiced by virtue of not having the adequate tools to proceed.

4. As plaintiff has stated in his claim the law library at Peoria County Jail is inadequate, ineffective, and restricted in volumes available.

WHEREFORE, said plaintiff prays that this Court reconsider the aforementioned Motion for tools necessary to receive adequate hearing in Courts.

IAN WATKINS, plaintiff

*Ian Watkins*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

Ian G Watkins,
   plaintiff,

vs.                  case no 08-1065

Michael D. McCoy et al
   Defendant.

---

NOTICE OF FILING AND PROOF OF SERVICE

TO United States District Court    Michael D. McCoy
Central District of Illinois        801 N. Maxwell Rd
Office of the Clerk             Peoria IL 61604.
Room 309, Fed Bld.
100 N.E. Monroe Peo, IL 61602

Please be advised that I shall file with the Clerk of the United States District Court, At Peoria, Illinois on May 6, 2008, the attached Documents in the above-entitled cause.

This certifies that I have served the above named parties with a copy of said Document, by enclosing same in envelopes, properly addressed, postage pre paid, and by depositing said envelops in a U.S. Mail Box in Peoria, Illinois

                                      /s/ Ian Watkins
                                      Ian Watkins

# UNITED STATES CODE SERVICE

*Lawyers Edition*

Federal Rules of
Civil Procedure
Rules 55—END

Multidistrict
Litigation Rules

Index

## Court Rules

## USCS

Exhibit B

# INMATE REQUEST FORM

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other  Photo Copies of Law Books

TO: Judy Moss                           DATE: 5-2-08
FROM: Ian Watkins                       CELL BLOCK: G-1-6

COMPLAINT OR PROBLEM: I need a photo copy of the Federal Rules of Civil procedures book you have in the law labrary, also The Federal procedures Form books. Need the Front and Side Edge photo copied. Take the Money of my Inmate account.
                                        Thank you, have a Blessday.

SIGNATURE: Ian Watkins          /  Ian Watkins
           (written)                (printed)

## RESPONSE

TO: _____                DATE: 5-3-08

Done

SIGNATURE: DCS Moss                     TITLE: _____

f:\julie\dataword\forms\form01.doc ( 5M ~ 6/2004 )