IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

IAN G. WATKINS,                )
       Plaintiff,     )
vs.                            )
                               )   CASE NO. 08-1065
MICHAEL D. McCOY, et al.,      )
       Defendants.    )

**APPEARANCE OF COUNSEL**

     Now come KEVIN W. LYONS, State's Attorney of Peoria County, and WILLIAM W. P. ATKINS, Assistant State's Attorney, and enter their appearance on behalf of Defendants MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS. They request that all further proceedings and notices herein be served upon WILLIAM W. P. ATKINS, Assistant State's Attorney, as lead counsel, who will be responsible for such other proceedings as necessary. The undersigned counsel certifies that he is admitted to practice before this Court and is a member of good standing of the bar of this Court.

RESPECTFULLY SUBMITTED BY:
MICHAEL D. McCOY,
STEVE SMITH, and
JUDY MOSS, Defendants.

KEVIN W. LYONS
State's Attorney of Peoria County

**s/   WILLIAM W. P. ATKINS**
Attorney Bar Number:  6228780
Attorney for Defendant
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: batkins@peoriacounty.org

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IAN G. WATKINS, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | CASE NO. 08-1065 |
| MICHAEL D. McCOY, et al., ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 14th day of May, 2008, I caused a true and correct copy of the attached Appearance of Counsel to be served upon:

Ian G. Watkins
Peoria County Jail
301 Maxwell Rd.
Peoria, IL 61604

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

s/   WILLIAM W. P. ATKINS__
Attorney Bar Number: 6228780
Attorney for Defendant
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: batkins@peoriacounty.org