08-1065
**E-FILED**
Monday, 19 May, 2008  04:13:34 PM
Clerk, U.S. District Court, ILCD

**FILED**

MAY **1 9** 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of the Court:

I'm writing with regards to the commencement of action in case 1:08 cv 01065 Fed. R. Civ. P. 3; 5(d) regarding my pro se prisoner complaint do I have to get the Court's approval to commence the action see 28 U.S.C.A. § 1914(c)  IFP status was received on 3/20/08 by Magistrate Judg John A. Gorman, Williams-Guice, 45 F.3d at 162; see also e.g., Celestine v. Cold Crest Care Center, 495 F.Supp.2d 428, 432 (S.D.N.Y. 2007); Matthews v. Marten Transp., Ltd., 354 F.Supp.2d 899 (W.D. Wis. 2005).

Therfore I'm asking how long do the Defendant's have to answer to the Complaint under Rule 12? what date do the have tell to answer as was ordered on 4/15/2008 by Judge Harold A. Baker?

The core of default under Rule 55 is the failure to timely file a required responsive pleading. Defendants, of course, are required to answer the Complaint. Fed. R. Civ. P. 7(a); see also Harrison v. Bornn, Bornn & Handy, 200 F.R.D. 509, 513 (D.V.I. 2001) ("'Plead' means filing an answer.")

Pitts ex rel. Pitts v. Seneca Sports, Inc, 321 F.Supp.2d 1353, 1356 n.4 (S.D. Ga. 2004).

My Complaint was sent by "Mail box rule" on February 29, 2008 Houston v Lack, 487 U.S. 266, 275, 108 S.Ct. 2379, 101 L.Ed.2d 245, 11 Fed. R. Serv. 3d 849 (1988)  See Price v. Philpot, 420 F.3d 1158, 1164 (10th Cir. 2005); Casanova v. Dubois, 304 F.3d 75, 79 (1st Cir. 2002)

Thank You