IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
JUN - 3 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IAN G. WATKINS,          )
          Plaintiff,     )
vs.                      )   CASE NO. 08-1065
MICHAEL D. McCoy et al., )
          Defendants.    )

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Now comes the Plaintiff Ian G. Watkins, and moves this Honorable Court for leave to file an amended complaint, in support of his motion, Plaintiff states:

(1) On 4-15-08 a text review order was entered by Judge Harold A. Baker stating that a merit review was held on March 25, 2008.

(2) The Honorable Judge Harold A. Baker stated that during the merit review conference, the Plaintiff stated he was discriminated against due to his race. This was not alleged in the Plaintiff's complaint. If the Plaintiff wishes to add a claim of equal protection, he must file an amended complaint.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the above-entitled motion.

RESPECTFULLY SUBMITTED BY:
IAN G. WATKINS

s/ Ian G. Watkins
c/o 301 N. Maxwell Rd.
Peoria IL 61604

(1)

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

IAN G. WATKINS )
    Plaintiff, )
vs. )
) CASE NO. 08-1065
MICHAEL D. McCoy, et al., )
    Defendants. )

## PROPOSED AMENDED COMPLAINT

Now comes the Plaintiff Ian G. Watkins seeking redress, and compensation due to Constitutional violations (1) On the date of February 21, 2008 Plaintiff filled out Inmate Request Forms seeking to have cases sheppardize for him see Exhibit A. Plaintiff was doing research to aid his defense, also acquiring usefull knowledge. The information Watkins was seeking is not in the Law Books at Peoria County Jail as the Law Books are out dated, insufficient, inadequate, and ineffective. Plaintiff turned to Steven S. Smith, Micheal D. McCoy, and Judy Moss Exhibit A.
Bonds v. Smith, N.C. 1997, 97 S.Ct. 1491, 430 U.S. 817, 52 L.Ed.2d 72;
Meyer v. Nebraska, 262 U.S. 390, 430, 43 S.Ct. 625, 29 ALR 1446.

(2) Another Inmate by the name of Terrance Brewer, who is similary situated as the Plaintiff but of a different race had cases sheppardize for him see Exhibit A1.
See People v. Passero 1944 357, N.Y.S. 2d 677, 78 Misc.2d 548;
Davis v. Georgia State Bd. of Ed. C.A. Ga 1969, 408 F.2d 1014;
Gilmore v. Lynch D.C. Cal. 1970, 319. F. Supp. 105.

Defendents acted with "deliberate indifference" had no rational basis to deny Plaintiff's request. Plaintiff exausted all remedy see Exhibit A2. However

Going.

Here:

(2)

Steven S. Smith reaffirmed the particualar course of action by saying he dose not know what "Sheppardize" means, see Massachusetts v. Feeney Mass. 1979, 99 S.Ct.2282, 442 U.S 262, 60 L.Ed.2d 870.

I find it discriminatory that on 2-12-08 Steven S. Smith known what "sheppardize" meant but when the Plaintiff asked on 2-21-08 he dose not know.

### RELIEF REQUESTED

$100,000 Punitive, $50,000 Mental anguish, $35,000 pain and suffering, Attorney fees, Fair treatment of the law, Adequate Law library. For Rule 15(a)(1)(2) and Rule 15(c)(1)(B) of the Fed.R. of Civ. P. to apply in this case, also IFP Status to stay in effect.

Signed this 3rd day of June, 2008.

Ian D. Watkins
Signature of Plaintiff

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

IAN G. WATKINS )
    Plaintiff ) CASE NO. 08-1065
vs. )
MICHAEL D. McCoy, et al., )
    Defendants. )

PROOF - CERTIFICATE OF SERVICE

TO: United States District Court
Central District of Illinois
Office of the Clerk
Room 309
Federal Building
100 N.E. Monroe
Peoria, Illinois 61602

William W.P. Atkins
Peoria County Court House
324 Main Street Room 111
Peoria, Illinois 61602

Please be advised that I shall file with the Clerk of the United States District Court of Illinois Division on June 3rd, 2008, the attached motion for leave to file an amended complaint in the above-entitled cause.

This certifies that I have served the above named parties with a copy of said motion, by enclosing same in envelopes, properly addressed, postage prepaid, and be depositing said envelopes in the U.S. Mail Box in Peoria, Illinois.

s/ Ian G. Watkins
Ian G. Watkins
So 3 ai N. Maxwell Rd.
Peoria, Illinois 61604

# INMATE REQUEST FORM

Exhibit A

I am interested in, or have a question about:

My case is in the appelate court, I have no attorney your assistance is much needed.

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other  Superintendent Steven S Smith

TO: Steven S Smith
FROM: Ian Watkins
DATE: 2-21-08
CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case / need these cases Sheppardize people v phillips 2d ed 331 N.E.2d 163; people v Scalisi 324 Ill. 131, 154 N.E. 715; people v Jones 219 Ill.2d at 32, 845 N.E.2d at 615; people v Everette 141 Ill.2d 147, 155-156, 565 N.E.2d 1295 (1991) Albney v United States 431 U.S. 651 (1977) This info is not in the Law books at P.C.J.

SIGNATURE: Ian Watkins (written) / I Watkins (printed)

## RESPONSE

TO: _____  DATE: _____

SIGNATURE: _____  TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 )

# INMATE REQUEST FORM

Exhibit A

I am interested in, or have a question about:

(  ) Programs (GED, Recreation, AA, etc.)
(  ) Religious services/counseling
(  ) Classification
(  ) Inmate Disciplinary Procedures
(  ) Department Superintendent of Programs & Services
(  ) Jail Chaplain
(  ) Services/Classification Director
(  ) Department Superintendent of Operations
(X) Other  Sheriff Micheal McCoy

My case is in the appelate court, I don't have a attorney and your assistance is needed

TO: Micheal McCoy      DATE: 2-21-08
FROM: Ian Watkins       CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case/need these cases sheppardize people v phillips cite 331 N.E.2d 163, people v Scalisi 324 Ill. 131, 154 N.E. 715, people v Jones 219 Ill.2d at 32, 845 N.E.2d at 615, People v Everette 141 Ill.2d 147, 155-156, 565 N.E.2d 1295 (1991) Abney v United States 431 U.S. 651 (1977) This info is not in the law books here at P.C.J. Thank you for the work you've done.

SIGNATURE: Ian Watkins  /  I Watkins
(written)                  (printed)

## RESPONSE

TO: _____  DATE: _____

SIGNATURE: _____  TITLE: _____

# INMATE REQUEST FORM

Exhibit A

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other  Superintendent July Moss

My case is in the appellate court, I don't have a attorney and your assistance is needed.

TO: Supt July Moss                    DATE: 2-21-08
FROM: Ian Watkins                     CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case, need these cases Sheppard v. People v. Phillips case at 331 N.E. 2d 163, People v. Sipho 324 Ill 131, 154 N.E. 715, People v. Innes 214 Ill 2d a 32, 845 N.E. 2d 615, People v. Everette 141 Ill 2d 147, 155-156, 565 N.E. 2d 1295 (1991) "To see if the have not been overturned by a later opinion, or limited to different facts". This is not in the law books here at P.C.J. Thank you   also Abney v. United States 431 U.S. 651 (1977)

SIGNATURE: Ian Watkins           /  Watkins
           (written)                (printed)

## RESPONSE

TO: _____    DATE: _____

_____
_____
_____
_____

SIGNATURE: _____   TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 )

Exhibit A

# INMATE REQUEST FORM

I am interested in, or have a question about:

- ( ) Programs (GED, Recreation, AA, etc.)
- ( ) Religious services/counseling
- ( ) Classification
- ( ) Inmate Disciplinary Procedures
- ( ) Department Superintendent of Programs & Services
- ( ) Jail Chaplain
- ( ) Services/Classification Director
- ( ) Department Superintendent of Operations
- (X) Other  Superintendent Steven S Smith

My case is in the appelate court. I have no attorney your assistance is much needed.

TO: Steven S Smith
FROM: Ian Watkins
DATE: 2-21-08
CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case / need these cases Sheppardize people v phillips 21e2s 321 N.E. 2d 163" people v Scalisi 324 Ill. 131, 154 N.E. 715, People v Jones 219 Ill. 2d at 32, 845 N.E. 2d at 615, People v Everette 141 Ill. 2d 147, 155-156 565 N.E. 2d 1295 (1991) Albney v United States 431 US 651 (1977) This info is not in the Law books at P.C.J.

SIGNATURE: Ian Watkins (written) / Watkins (printed)

## RESPONSE

TO: Ian Watkins
DATE: 2-22-08

We do not have this information. You can have an attorney or someone else you know do research for you.

SIGNATURE: Steve Smith
TITLE: Jail Supt.

# INMATE REQUEST FORM

Exhibit A

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other  Sheriff Micheal McCoy

My case is in the appelate court, I don[t] have a attorney and your assistance is needed.

TO: Micheal McCoy
FROM: Ian Watkins
DATE: 2-21-08
CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case/need these cases: sheppardize people v phillips cite # 331 N.E.2d 169, People v Salis; 324 Ill. 131, 154 N.E. 715; people v Jones 219 Ill. 2d at 32, 845 N.E.2d at 615; People v Everette 141 Ill. 2d 147, 155-156, 565 N.E.2d 1295 (1991) Abney v United States 431 U.S. 651 (1977) This info is not in the law books here at P.C.J. Thank you for the work you've done.

SIGNATURE: Ian Watkins / I. Watkins
           (written)                (printed)

## RESPONSE

TO: Ian Watkins
DATE: 2-22-08

We do not have this information. You can have an attorney or someone else you know do research for you.

SIGNATURE: [signature]
TITLE: Jail Supt.

# INMATE REQUEST FORM      Exhibit A

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other  Superintendent July Moss

My case is in the appelate court, I don't have a attorney and your assistance is needed.

TO: Supt July Moss                    DATE: 2-21-08
FROM: Ian Watkins                     CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case, need these cases to sheppardize People v Phillips cite is 331 N.E.2d 163, People v Scales, 324 Ill 141 154 N.E. 715, People v Jones 219 Ill.2d a.52, 845 N.E.2d 619, People v Everette 141 Ill.2d 147, 155-156, 565 N.E.2d 1295 (1991) "To see if the have not been overturned by a later opinion, or limited to different facts." This is not in the Law books here at P.C.J. Thank you   also Abney v United States 431 U.S 651 (1977)

SIGNATURE: Ian Watkins        /   I. watkins
            (written)                (printed)

## RESPONSE

TO: Ian Watkins                       DATE: 2-22-08

We do not have this information. You can have an attorney or someone else you know do research for you.

SIGNATURE: Steve Arnett       TITLE: Jail Supt.




NEED Appeal by Correctional Superintendent Steven S. Smith

## INMATE REQUEST FORM

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
(X) Department Superintendent of Operations
(X) Other  Judy Moss; Steven S. Smith; Robert McCoy;

TO: Whom this May Concern:         DATE: 2-25-08
FROM: Ian Watkins                   CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case. Need these cases shepperdize People v Phillips cite as 331 N.E.2d 163; people v scalisi 324 Ill. 131, 154 N.E. 715; People v Jones 219 Ill.2d at 32, 845 N.E.2d at 615; People v Everette 141 Ill.2d 147, 155-156 N.E.2d 1295 (1991) Albney v United States 431 U.S. 651 (1977) "To see if the have not been overturned by a later opinion, or limited to different facts." My case is in the Appelate Court, I don't have a attorney. Your assistance is needed as this info is not in the Law books at P.C.J.

SIGNATURE: Ian Watkins    /    Ian Watkins
              (written)              (printed)

## RESPONSE

TO: _____    DATE: _____

SIGNATURE: _____    TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 )

A2

**NEED** Appeal by Correctional Superintendent Steven S. Smith

## INMATE REQUEST FORM

I am interested in, or have a question about:

- ( ) Programs (GED, Recreation, AA, etc.)
- ( ) Religious services/counseling
- ( ) Classification
- ( ) Inmate Disciplinary Procedures
- ( ) Department Superintendent of Programs & Services
- ( ) Jail Chaplain
- ( ) Services/Classification Director
- (X) Department Superintendent of Operations
- (X) Other  Judy Moss; Steven S. Smith; Robert McCoy;

TO: Whom this May Concern:  DATE: 2-25-08
FROM: Ian Watkins  CELL BLOCK: G1 cell 6

COMPLAINT OR PROBLEM: I'm doing research of my case; Need these cases sheppardize People v Phillips cite as 331 N.E.2d 463; People v Scalisi 324 Ill.131, 154 N.E. 715; People v Jones 219 Ill.2d at 32, 845 N.E.2d at 615; People v Everette 141 Ill.2d 147, 155-156 N.E.2d 1295 (1991) Albney v United States 431 us 651 (1977) "To see if the have not been overturned by a later opinion, or limited to different facts." My case is in the Appelate Court, I don't have a attorney. Your assistance is needed as this info is not in the Law books at P.C.J.

SIGNATURE: Ian Watkins (written)   Ian Watkins (printed)

### RESPONSE (2nd Response)

TO: Ian Watkins  DATE: 2-26-08

We do not have this information. You can have an attorney or someone else do research for you. I don't know what "sheppardize" means. You need to have judge appoint an attorney to help you.

SIGNATURE: [signature]   TITLE: Jail Supt.

# **INMATE REQUEST FORM**



Exhibit A1

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other _Superintendent Smith_    Steve F.S, Exhibit A1

TO: _____    DATE: 2-12-08
FROM: Terrence Brewer    CELL BLOCK: G-1-1

COMPLAINT OR PROBLEM: I'm doing some Research and I would like for this case to be Shepardized to see if it has been overturned by a later opinion, or limited to different facts. 1889 Inre Nielsen (ism) 131 U.S 176 9S ct 672 33 Ed The information is not in P.C.J Law-library your Assistance is much needed.

SIGNATURE: _Terrence Brewer_ / Terrence Brewer
              (written)                  (printed)

## **RESPONSE**

TO: _____    DATE: _____

_____
_____
_____
_____

SIGNATURE: _____    TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 )

# INMATE REQUEST FORM

Exhibt A1

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other  Sheriff Micheal McCoy

TO: Micheal McCoy            DATE: 2-12-08
FROM: Terrence Brewer        CELL BLOCK: G-1-1

COMPLAINT OR PROBLEM: I'm doing some Research and I like for this case to be Sheppardize to see if it has been overturned by a later opinion, or limited to different facts. 1889 in Inre Nielsen (1889) 131 U.S 176, 9 S. ct 672 33 L.Ed. The Information is not in P.C.J. Law-Library, your Assistance is much needed,

SIGNATURE: Terrence Brewer / TERRENCE Brewer
            (written)              (printed)

## RESPONSE

TO: _____    DATE: _____

SIGNATURE: _____    TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 )

# INMATE REQUEST FORM

Exhibit A1

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other  Superintendent Judy Moss

TO: Supt. Judy Moss
FROM: Terrence Brewer
DATE: 2-12-08
CELL BLOCK: G-1-1

COMPLAINT OR PROBLEM: I'm doing some Research and I like for this case to be Sheppardize to see if it has been Overturned by a later Opinion or limited to different facts. 1889 Inre Nielsen (1889) 131 U.S 176 9 S.ct 672 33 L.Ed The Information is not in PCJ Law-Library. Your Assistance is much needed,

SIGNATURE: (signature) / Terrence Brewer
(written)                  (printed)

## RESPONSE

TO: _____  DATE: _____

_____

_____

_____

_____

SIGNATURE: _____  TITLE: _____

u:\dataword\forms\form01 inmate request.doc  ( 2 cases - 12/2007 ).

# INMATE REQUEST FORM

Exhibit A1
Rec. 2-19-09

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations
(X) Other __Superintendent Judy Moss__

TO: Supt. Judy Moss
FROM: Terrence Brewer
DATE: 2-12-08
CELL BLOCK: G-1-1

COMPLAINT OR PROBLEM: I'm doing some Research and I like for this case to be Sheppardize to see if it has been Overturned by a later Opinion or limited to different facts. 1889 Inre Nielsen (1889) 131 U.S. 176 9 S.ct 672 33 L.Ed. The Information is not in PCJ Law Library. Your Assistance is much needed.

SIGNATURE: _(signed)_ / Terrence Brewer
            (written)                (printed)

## RESPONSE

TO: Terrence Brewer                    DATE: 2-19-08

Attached is the most recent case before Supreme Court where this case was cited. Any other information you will need to request from your attorney. I assume it has not been overturned, but I don't know.

SIGNATURE: _(signed)_                  TITLE: Jail Supt.

**FindLaw**
For Legal Professionals

Exhibit A1

FindLaw | For Legal

| Home | Practice Areas | Jurisdictions | Cases & Codes | News | CLE | Market Cente |

Federal Law | State Law | Case Summaries Search | U.S. Code |

THE BEST CLIENTS ARE SEARC

Sea

View enhanced case on Westlaw
KeyCite this case on Westlaw

Click for Printable version    Email
http://laws.findlaw.com/us/50

Cases citing this case: Supreme Court
Cases citing this case: Circuit Courts

## U.S. Supreme Court

**UNITED STATES v. DIXON, 509 U.S. 688 (1993)**

509 U.S. 688

UNITED STATES, PETITIONER v. ALVIN J. DIXON AND MICHAEL FOSTER
CERTIORARI TO THE DISTRICT OF COLUMBIA COURT OF APPEALS

No. 91-1231

**Argued December 2, 1992
Decided June 28, 1993**

Based on respondent Dixon's arrest and indictment for possession of cocaine with intent to distribute, he was convicted of criminal contempt for violating a condition of his release on an unrelated offense forbidding him to "any criminal offense." The trial court later dismissed the cocaine indictment on double jeopardy grounds. Conv the trial court in respondent Foster's case ruled that double jeopardy did not require dismissal of a five-count indictment charging him with simple assault (Count I), threatening to injure another on three occasions (Counts and assault with intent to kill (Count V), even though the events underlying the charges had previously prompte trial for criminal contempt for violating a civil protection order (CPO) requiring him not to "`assault . . . or in any r threaten . . .'" his estranged wife. The District of Columbia Court of Appeals consolidated the two cases on app ruled that both subsequent prosecutions were barred by the Double Jeopardy Clause under Grady v. Corbin, 4 U.S. 508 .

*Held:*

The judgment is affirmed in part and reversed in part, and the case is remanded.