E-FILED
Monday, 16 June, 2008  03:44:08 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

IAN G. WATKINS,            )
                Plaintiff,    )
                                   )
vs.                        )
                                   )   CASE NO. 08-1065
MICHAEL D. McCOY, et al.,  )
                Defendants.)

### MOTION TO DISMISS

Now come the Defendants, MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS by and through their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County and WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, and file this Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6). The Defendants state as follows:

1. Plaintiff's claims against MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS must be dismissed for failure to state a claim.

WHEREFORE, MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS, pray that all claims directed toward any and all of the above named Defendants be dismissed with prejudice.

|  |  |
|---|---|
| BY: | RESPECTFULLY SUBMITTED |
|  | MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS, Defendants. |
|  | KEVIN W. LYONS State's Attorney of Peoria County |
|  | **s/WILLIAM W. P. ATKINS__** Attorney Bar Number: 6228780 Attorney for Defendant Peoria County Courthouse 324 Main Street, Room 111 Peoria, Illinois 61602 Telephone: (309) 672-6017 Fax: (309) 495-4914 E-mail: batkins@peoriacounty.org |

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| IAN G. WATKINS,                              )  | |
|              Plaintiff,    )  | |
| vs.                                          )  | |
|                                              )  | CASE NO. 08-1065 |
| MICHAEL D. McCOY, et al.,     )  | |
|              Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 16th day of May, 2008, I caused a true and correct copy of the attached Motion to Dismiss to be served upon:

Ian G. Watkins
Peoria County Jail
301 Maxwell Rd.
Peoria, IL  61604

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

s/WILLIAM W. P. ATKINS__
Attorney Bar Number: 6228780
Attorney for Defendant
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: batkins@peoriacounty.org