E-FILED
Monday, 16 June, 2008  03:45:29 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

IAN G. WATKINS,          )
               Plaintiff,   )
                    )
vs.                       )
                    )    CASE NO. 08-1065
MICHAEL D. McCOY, et al.,   )
              Defendants.)

### MEMORANDUM OF LAW IN SUPPORT OF
### MOTION TO DISMISS

Now come the Defendants, MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS by and through their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County and WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, and file this Memorandum of Law in support of their Motion to Dismiss.  The Defendants state as follows:

**A.**    **SHEPARDIZING IS NOT A CONSTITUTIONAL RIGHT**

Plaintiff's claims against MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS must be dismissed for failure to state a claim because Plaintiff does not have a right under the U.S. Constitution or federal statute to have cases Shepardized for him.  *See generally Johnson v. Avery*, 393 U.S. 483, 489 (1969); *Bounds v. Smith*, 430 U.S. 817, 828 (1977); *Lewis v. Casey*, 518 U.S. 343, 351 and 356-57 (1996). Inmates have the right to access to court which is sometimes effectuated by assistance with research, but one instance of a correctional officer not having the requested information does not create a constitutional claim.

"*Bounds* did not create an abstract, freestanding right to a law library." *Lewis*, at 351.

**B.    ACCESS TO COURTS CLAIMS MUST SHOW ACTUAL INJURY**

Even if jail staff had a duty to Shepardize cases for prisoners in order to provide access to court, Plaintiff would still have no claim. Bringing an access to court claim requires a showing of actual injury in order for a plaintiff to have standing.  *Lewis*, at 349.  Plaintiff has not alleged that his access to court has been harmed in any way.  He still has a pending appeal of his criminal conviction and he wanted a case Shepardized for that very appeal.  Without a showing of actual injury, Plaintiff has failed to state a claim.

**B.    JUDICIAL NOTICE OF PUBLIC RECORDS**

This Court can take judicial notice of "historical documents, documents contained in the public record, and reports of administrative bodies."  *Menominee Indian Tribe of Wisconsin v. Thompson*, 161 F.3d 449, 456 (7th Cir. 1998); *See also Driebel v. City of Milwaukee*, 298 F.3d 622 (7th Cir. 2002), *Toney v. Burris*, 829 F.2d 622 (7th Cir. 1987). Additionally, "A court may consider judicially noticed documents without converting a motion to dismiss into a motion for summary judgment." *Menominee*, 161 F.3d at 456.  Defendants have attached copies of documents from the underlying State Court case relevant to the issues before this Court.

Assuming that the Constitution does guarantee the right to have cases Shepardized and that Plaintiff's allegation that a single case was not Shepardized for him in an ongoing proceeding provides standing for Plaintiff to complain, Plaintiff's claim still fails.  Pursuant to the State Appellate Defender Act, 725 ILCS 105/10, Illinois provides public defenders for appeals of criminal convictions.  Defendants assume that Plaintiff wanted cases Shepardized for the appeal of People v. Ian Watkins, Peoria County Case #01-CF-1153.[1]     In that case, Plaintiff appealed his conviction with the aid of the Appellate Public Defender in 2003.  He then appealed the conviction from his re-trial in 2007, also with the assistance of the Appellate Public Defender.  Since Plaintiff is represented by a Public Defender, he now has the burden to show that access to a Public Defender is inadequate to protect his rights. *Kunzelman v. Thompson*, 799 F2d 1172, 1179 (7th Cir. 1986).  Without that showing, Plaintiff's claim must be dismissed.

## C.    DEFENDANTS ARE PROTECTED BY QUALIFIED IMMUNITY

Defendants are protected by qualified immunity because no reasonable correctional workers would know that Shepardizing still has to be provided even when the State makes a Public Defender available to prisoners.  In fact, that is not the law.  As recently as 1996, an eight member majority of the Supreme Court reiterated that it is left to the

---

[1] Plaintiff failed to specify the case in his pleadings but he mentions double jeopardy.  Since he was re-tried after his first appeal in Peoria County Case #   , Defendants assume that is the case for which he was researching double jeopardy issues.

States to adopt systems to assure access to courts. *Lewis v. Casey*, 518 U.S. 343, 356-56 (1996). The Seventh Circuit has also noted that the responsibility of County jails may be satisfied by the provision of counsel "despite the complete lack of access to a law library." *Casteel v. Pieschek*, 3 F.3d 1050, 1054 (7th Cir. 1993); *Johnson by Jonson v. Brelje*, 701 F.2d 1201, 1208 (7th Cir. 1983), overruled on other grounds by *Maust v. Headley*, 959 F.2d 644 (7th Cir. 1992). Since the Supreme Court and the Seventh Circuit have denied or questioned the right claimed by Plaintiff, the Defendants cannot be expected to reasonably be aware that they are required to Shepardize cases upon request even if the Court now finds that such a requirement is constitutionally mandated.

## CONCLUSION

For all of the above reasons, Plaintiff's Complaint must be dismissed for failure to state a claim.

BY: RESPECTFULLY SUBMITTED

MICHAEL D. McCOY,
STEVE SMITH, and
JUDY MOSS, Defendants.

KEVIN W. LYONS
State's Attorney of Peoria County

**s/WILLIAM W. P. ATKINS__**
Attorney Bar Number: 6228780
Attorney for Defendant

Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail:
batkins@peoriacounty.org

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

IAN G. WATKINS,                              )
                              Plaintiff,      )
                                             )
vs.                                          )
                                             )        CASE NO. 08-1065
MICHAEL D. McCOY, et al.,                    )
                              Defendants.)

**CERTIFICATE OF SERVICE**

     I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 16th day of May, 2008, I caused a true and correct copy of the attached Memorandum of Law in support of Motion to Dismiss to be served upon:

> Ian G. Watkins
> Peoria County Jail
> 301 Maxwell Rd.
> Peoria, IL  61604

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

                                **s/WILLIAM W. P. ATKINS__**
                                  Attorney Bar Number: 6228780
                                  Attorney for Defendant
                                  Peoria County Courthouse
                                  324 Main Street, Room 111
                                  Peoria, Illinois 61602
                                  Telephone: (309) 672-6017
                                  Fax: (309) 495-4914
                                  E-mail: batkins@peoriacounty.org

E-FILED
Monday, 16 June, 2008  03:47:17 PM
Clerk, U.S. District Court, ILCD

# *CERTIFIED COPY*

.

Robert M Spears
Clerk of the Circuit Court
County of Peoria, Illinois

E OF ILLINOIS, PEORIA COU...

IN THE C... T COURT OF THE TENTH JUDICIAL CIRCUIT

THE PEOPLE OF THE STATE OF ILLINOIS,                (           )          CASENO:01-CF-01153
                        vs.                    0100037508    PD PEORIA

IAN GEFFERY WATKINS
AKA:
5702 N TERRACE #2
PEORIA HEIGHTS, IL 61614
DOB: 11/26/1978 RACE: W
HGT: 601 WT: 175 SEX: M
DCN: 070599904
IN CUSTODY 12/03/01

FILED
REGINA M. SPEARS

DEC 18 2001

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

                    Defendant            BILL OF INDICTMENT

☐ THE UNDERSIGNED  ☒ THE GRAND JURY  charges in Count 01 OF 01, a Class  M FELONY      , that
on or about the date of  12/01/2001 THRU 12/02/2001          in said Peoria County, State of Illinois,
IAN GEFFERY WATKINS
committed the offense of  FIRST DEGREE MURDER                                    in that
HE, KNOWINGLY AND WITHOUT LEGAL JUSTIFICATION STRUCK AND SHOOK KEIANNA
MONROE BORN 11/1/98 WITH HIS HANDS KNOWING SAID ACTS CREATED A STRONG
PROBABILITY OF GREAT BODILY HARM TO KEIANNA MONROE AND THEREBY CAUSED THE
DEATH OF KEIANNA MONROE

in violation of  720 ILCS 5/9-1(a)(2)                          of the Illinois Compiled Statutes.
                                                            A TRUE BILL

                                                            Grand Jury Foreperson

The undersigned, on oath, states that the allegations herein are true.

                                            KEVIN W. LYONS, State's Attorney

Sworn to me on _____          By _____
                        (Date)                        Assistant State's Attorney

LIST OF WITNESSES:
DET CHRIS HAUK PPD

                                            _____
                                            Judge - Notary Public          (seal)

                                    ORDER

☐ Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $_____
☐ Clerk shall prepare and issue a Warrant of Arrest based on a finding of probable cause and bond is set at $_____
☐ Summons to issue for Appearance on _____ at _____ A.M./P.M. in Courtroom _____
☒ This indictment having been returned in open court on  December  18, 2001 _____, this case is hereby assigned to
☐ Judge  Brand J           in Courtroom  822
        ☒ Defendant(s) is in custody, and a Directive is issued to the Sheriff to produce the defendant(s): 
            Ian Geffery Watkins
to appear for arraignment in Courtroom  822  on  December  19, 2001  at  1:30  A.M./P.M.
        ☐ Defendant(s) has been released pending this case and the Clerk is ordered to notify the defendant(s): _____

to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
☐ This Bill of Indictment is hereby ordered kept secret until the defendant(s) is in custody or has given bond pursuant to Chapter 725 Act 5 Section 112-6(b), Illinois Compiled Statutes.
☒ Bond is presently set on this Indictment at $  1,000,000.00
☐ Other: _____

December 18, 2001                                Evans
Entered (date)        Judge                Assistant State's Attorney Assigned

CLERK'S COPY                                                    Form No. 110T

I HEREBY CERTIFY THE ABOVE TO BE CORRECT

DATED: June 16, 2008
(Seal of Clerk of Circuit Court)

C 9

ROBERT M. SPEARS, CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

BY: Denise Kucavik
(Deputy Clerk)

UNITED STATES OF AMERICA

AN APPEAL TO THE APPELLATE
COURT OF THE STATE OF
ILLINOIS, THIRD DISTRICT

FROM THE CIRCUIT COURT OF
THE TENTH JUDICIAL CIRCUIT,
PEORIA COUNTY

CASE TITLE:

State of Illinois

_____ Appellee _____

_____

_____

VS.

Ian Watkins

_____ Appellant _____

_____

_____

ATTORNEY FOR APPELLANT(S):

Name: Robert Agostinelli

Firm: Appellate Defender's Office

Address: 1100 Columbus
          Ottawa, Illinois 61530
Phone: _____

**STATE OF ILLINOIS**

**APPELLATE COURT     THIRD DISTRICT**

**OTTAWA**

_____

(Appellate Court Case Number)

**FILED**
ROBERT M. SPEARS

**AUG 2 3 2007**

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Circuit Court Case Number:
_____ 01 Cf 1153 _____

Circuit Court Judge:
_____ Judge Borden _____

Date of Final Disposition in the Circuit
Court:
_____ August 22, 2007 _____

ATTORNEY FOR APPELLE(S):

Name: Kevin Lyons

Firm:  State's Attorney Office

Address: 324 Main St. Room 110
          Peoria, Illinois 61602
Phone: _____

r7l2

I HEREBY CERTIFY THE ABOVE TO BE CORRECT
DATED: _June 16, 2008_
        (Seal of Clerk of Circuit Court)
  C 712
ROBERT M. SPEARS, CLERK OF THE CIRCUIT COURT
        PEORIA COUNTY, ILLINOIS
BY: _Denise Kucavik_
        (Deputy Clerk)

COUNTY OF PEORIA
PEOPLE OF THE STATE OF ILLINOIS    )
                                   )        Case: 01 CF 1153
            Vs.                    )

IAN WATKINS

## ORDER FOR FREE TRANSCRIPT AND APPOINTMENT OF THE OFFICE OF THE STATE APPELLATE DEFENDER AS COUNSEL ON APPEAL

It appearing to the Court that the above named defendant desires to appeal from the order entered by the Court on August 22,2007 the defendant is indigent and requests the appointment of counsel in accordance with Supreme Court Rule 607(b).

IT IS THEREFORE ORDERED THAT

> ROBERT AGOSTINELLI
> OFFICE OF THE STATE APPELLATE DEFENDER
> THIRD DISTRICT APPELLATE COURT
> 1100 COLUMBUS
> OTTAWA, ILLINOIS 61350

is hereby appointed to represent the above named defendant for purposes of appeal.

IT IS FURTHER ORDERED that the Clerk of this Court shall prepare and file a Notice of Appeal on behalf of the above named defendant, and shall send a copy of the Notice of Appeal to the defendant's counsel.

IT IS FURTHER ORDERED that the Official Court Reporter of this Court shall:
(a) Forthwith transcribe an original and a copy of all the notes taken of the proceedings in the above entitled cause,
(b) Without charge to the defendant and within forty-nine days from the date of Notice of Appeal is filed, file the original of the Report of Proceedings

IT IS FURTHER ORDERED that the Clerk of this Court shall:
(a) Send a copy of this order to the defendant and the defendant's counsel
(b) Prepare and certify the Record on Appeal pursuant to Supreme Court Rule 324 and 608
(c) File the Record on Appeal in the reviewing Court within sixty-three days from the date the Notice of Appeal is filed, or file a Certificate in Lieu of Record pursuant to Supreme Court Rule 325 and send the Record on Appeal to the defendant's counsel.

DATED    8 / 23 / 07                    ENTER

                                        _____
                                                JUDGE

I HEREBY CERTIFY THE ABOVE TO BE **CORRECT**

DATED: _June 16, 2008_
        (Seal of Clerk of Circuit Court)

C 711

**ROBERT M.** SPEARS, CLERK OF THE **CIRCUIT COURT**
        PEORIA COUNTY, ILLINOIS

BY: _Denise Kucavik_
        (Deputy Clerk)

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS)
                                  )

                VS.                  )        NO. 01 CF 1153

IAN WATKINS               )

**FILED**
ROBERT M. SPEARS

**NOTICE OF APPEAL**

**AUG 2 2** 2007

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

An appeal is taken from the order or judgment described below.

(1) Court to which appeal is taken:

APPELLATE COURT    THIRD DISTRICT    OTTAWA, ILLINOIS

(2) Name of appellant and address to which notices shall be sent.

    Name:    Ian Watkins
                 301 Maxwell Rd.
                 Peoria, Illinois 61604

(3) Name and address of appellant's attorney on appeal:

    Name:    Robert Agostinelli
    Address:  Third District Appellate Court
                 1100 Columbus
                 Ottawa, Illinois 61350

(4) Date of judgment or order: August 22, 2007

(5) Offense(s) of which charged: First Degree Murder Class M

Robert M Spears

CLERK OF THE CIRCUIT COURT

BY: Jennifer Sullivan
    Deputy

C 710

I HEREBY CERTIFY THE ABOVE TO BE CORRECT

DATED: _June 16, 2008_
          (Seal of Clerk of Circuit Court)

C710

ROBERT M. SPEARS, CLERK OF THE CIRCUIT COURT
          PEORIA COUNTY, ILLINOIS

BY: _Denise Kucavik_
          (Deputy Clerk)

**STATE OF ILLINOIS**

UNITED STATES OF AMERICA

AN APPEAL TO THE APPELLATE COURT OF
THE STATE OF ILLINOIS, THIRD DISTRICT

FROM THE CIRCUIT COURT OF
THE _____TENTH_____ JUDICIAL
CIRCUIT, _____PEORIA_____ COUNTY

APPELLATE COURT     THIRD DISTRICT

**OTTAWA**

CASE TITLE:   (Complete)

People of the State of Illinois

_____Appellee_____

_____

_____

_____

_____

(Appellate Court Case Number)

**FILED**
ROBERT M. SPEARS

**AUG 0 7 2003**

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

                    VS.

_____Ian Watkins_____

_____Appellant_____

_____

_____

_____

_____

(Appellate Court Filing Stamp)

CIRCUIT COURT CASE NUMBER:

_____01 CF 1153_____

CIRCUIT COURT JUDGE:

_____Michael Brandt_____

DATE OF FINAL DISPOSITION IN THE
CIRCUIT COURT:

_____August 6, 2003_____

ATTORNEY FOR APPELLANT(S):

Name:_ ROBERT AGOSTINELLI _____

Firm:_ APPELLATE DEFENDER'S OFFICE _

Address:_1100 COLUMBUS_____

_____OTTAWA, ILLINOIS 61530_____

Phone:_____

ATTORNEY FOR APPELLEE(S):

Name:_   KEVIN LYONS _____

Firm:_   STATE'S ATTORNEYS OFFICE

Address:_ 324 MAIN RM 110_____

_____PEORIA, ILLINOIS 61602_____

Phone:_____

c 364

I HEREBY CERTIFY THE ABOVE TO BE **CORRECT**

DATED: _June 16, 2008_
(Seal of Clerk of Circuit Court)

C 364

**ROBERT M. SPEARS, CLERK OF THE CIRCUIT COURT**
PEORIA COUNTY, ILLINOIS
BY: _Denise Kucavik_
(Deputy Clerk)

FILED
ROBERT M.

AUG - 7 2003

CLERK OF THE
PEORIA COUN...

COUNTY OF PEORIA
PEOPLE OF THE STATE OF ILLINOIS )
)
vs                                    )            CASE#    01 CF 1153
)
IAN GEFFERY WATKINS

### ORDER FOR FREE TRANSCRIPT AND APPOINTMENT
### OF THE OFFICE OF THE STATE APPELLATE DEFENDER
### AS COUNSEL ON APPEAL

It appearing to the Court that the above named defendant desires to appeal from the order
entered by the Court on  AUGUST 6, 2003 , and the defendant is indigent and requests the
appointment of counsel in accordance with Supreme Court Rule 607 (a), and that he
requests a report of proceedings in accordance with Supreme Court Rule 607 (b)

IT IS THEREFORE ORDERED THAT

ROBERT AGOSTINELLI
OFFICE OF THE STATE APPELLATE DEFENDER
THIRD DISTRICT APPELLATE COURT
-1100- COLUMBUS .
OTTAWA, ILLINOIS 61350

is hereby appointed to represent the above named defendant for purposes of appeal.

IT IS FURTHER ORDERED that the Clerk Of this Court shall prepare and file a Notice of
Appeal on behalf of the above named defendant, and shall send a copy of the Notice of Appeal to the
defendant's counsel.

IT IS FURTHER ORDERED that the Official Court Reporter of this Court shall:
(a) Forthwith transcribe an original and a copy of all the notes taken of the proceedings in the above
entitled cause;
(b) Without charge to the defendant and within forty-nine days from the date the Notice of Appeal is
filed, file the original of the Report of Proceedings

IT IS FURTHER ORDERED that the Clerk of this Court shall:
(a) Send a copy of this order to the defendant and the defendant's counsel.
(b) Prepare and certify the Record on Appeal pursuant to Supreme Court Rule 324 and 608;
(c) File the Record on Appeal in the reviewing Court within sixty-three days from the date the Notice of
Appeal is filed, or file a Certificate in Lieu of Record pursuant to Supreme Court Rule 325 and send
the Record on Appeal to the defendant's counsel.

ENTER

DATED:    8/7/03                         _____
                                                           JUDGE

C363

I HEREBY CERTIFY THE ABOVE TO BE **CORRECT**

DATED: _June 16, 2008_
(Seal of Clerk of Circuit Court)

C363

**ROBERT M. SPEARS, CLERK OF THE CIRCUIT COURT**
PEORIA COUNTY, ILLINOIS

BY: _Denise Kucavik_
(Deputy Clerk)

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

**FILED**

ROBERT M. SPEARS

AUG - 7 2003

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,  )
)
)
VS.                                    )    CASE NUMBER:   01 CF 1153
)
IAN GEFFERY WATKINS                    )
)
)

## NOTICE OF APPEAL

An appeal is taken from the order or judgment described below.

1.  Court to which appeal is taken:

    APPELLATE COURT – THIRD DISTRICT – OTTAWA, ILLINOIS

2.  Name of appellant and address to which notices shall be sent:

    NAME:       IAN GEFFERY WATKINS
                ILLINOIS DEPT. OF CORRECTIONS
    ADDRESS     JOLIET, ILLINOIS

3.  Name and address of appellant's attorney on appeal:

    NAME:   Robert Agostinelli – Deputy Defender

    ADDRESS:  Office of the State Appellate Defender
              Third District Appellate Court
              1100 Columbus – Ottawa, Illinois

4.  Date of judgment or order:

                            AUGUST 6, 2003
5.  Offense of which convicted:
                            FIRST DEGREE MURDER
6.  Sentence:
                            47 YEARS DOC & COSTS

                        ROBERT M. SPEARS        *C 362*
                  CLERK OF THE CIRCUIT COURT

                BY: *Lynne A Ocks*
                DEPUTY

I HEREBY CERTIFY THE ABOVE TO BE CORRECT

DATED: *June 16, 2008*

(Seal of Clerk of Circuit Court)

C362

ROBERT M. SPEARS, CLERK OF THE CIRCUIT COURT

PEORIA COUNTY, ILLINOIS

BY: *Denise Kucavik*

(Deputy Clerk)