IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

IAN G. WATKINS,   )
                  )
       Plaintiff, )   CASE NO. 08-1065
vs.               )
                  )
MICHAEL D. McCOY, et al., )
                  )
       Defendants. )

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Now comes the Plaintiff IAN G. WATKINS prose, and moves this Court to grant the above-entitled motion In support thereof, Plaintiff states as follows:

(1) On the date of 3-25-08 a merit review was held before judge Harold A. Baker.

(2) On 4-15-08 Judge Harold A. Baker stated that during the merit review the Plaintiff says he was discriminated against due to his race. This was not alleged in his complaint. If the Plaintiff wishes to add a claim of equal protection, he must file an amended complaint.

   WEREFORE, Plaintiff respectfully requests that this Honorable Court grant this motion for leave to file amended complaint in this case.

June 17, 2008

s/ [signature]

Ian G. Watkins
c/o 301 N. Maxwell Rd
Peoria, Illinois 61604

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

IAN G. WATKINS            )
      Plaintiff,   )
vs.                       )    CASE NO. 08-1065
MICHAEL D. McCOY, et al., )
                          )
      Defendants.  )
                          )

### CERTIFICATE OF SERVICE

I, IAN G. WATKINS, Prose Plaintiff of case no 08-1065 hereby cerfify that on the day of June 17, 2008, I caused a true and correct copy of the attached motion for leave to file amended complaint with the amended complaint to be served upon:

    William W.P. Atkins
    324 Main Street, Room 111
    Peoria, Illinois 61602

s/ Ian G. Watkins

Ian G. Watkins
c/o 301 N. Maxwell Rd
Peoria Illinois 61604

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

IAN G. WATKINS, Plaintiff, )
vs. ) CASE NO. 08-1065
MICHAEL D. McCoy, et al., )
)
Defendants. )
)

PROPOSED AMENDED COMPLAINT

Now comes Ian G. Watkins seeking redress, and compensation due to Constitutional violations.

(1) On the date of February 21, 2008 Plaintiff filled out Inmate Request Forms seeking to have cases sheppardize for him (see previous submitted Exhibit A) Plaintiff was doing research to aide in his defense, and acquring useful knowledge the information Watkins was seeking is not in the law books at peoria county Jail as the law books are outdated, insufficient, inddqqatee, and ineffective. Plaintiff turned to Steven S. Smith, Michael D. McCoy, and Judy Moss.

(2) A nother Inmate by the name of Terrance Brewer who is similary situated as the plaintiff but of a different race had cases sheppardize for him (see previous submitted Exhibit A1) Plaintiff asserts this as an equal protection violation.

RELIEF REQUESTED

$100,000 Punitive, $150,000 Mental anguish $35,000 Pain and seffering Attorney fees, Adequate law library, and for Informa pauperis status to stay ineffect.

signed this 17th day of June, 2008

s/ Ian G. Watkins

Ian G. Watkins
c/o 301 N. Maxwell Rd.
Peoria IL, 61604