# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

June 19, 2008

Ian G. Watkins #R23166
c/o Peoria County Jail
301 N. Maxwell Rd.
Peoria, IL. 60604

RE: Watkins vs McCoy,etal
CASE NO. : 08-1065

Dear Mr Watkins:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                                         PAMELA E. ROBINSON, CLERK
                                                         U.S. DISTRICT COURT

                                                             s/H. Kallister

cc:  all counsel