## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| IAN G. WATKINS,            )  |   |
|         Plaintiff,    ) | |
| vs.                        ) | |
|                            ) | CASE NO. 08-1065 |
| MICHAEL D. McCOY, et al.,  ) | |
|         Defendants.) | |

**RESPONSE TO MOTIONS TO AMEND**

    Now come the Defendants, MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS by and through their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County and WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, and file this Response to Plaintiff's Motions to Amend, Doc. #'s 15 and 18.  The Defendants state as follows:

1. Plaintiff has now filed two motions seeking to amend Plaintiff's Complaint.

2. Both of Plaintiff's Motions to Amend attach incomplete Amended Complaints.

3. Presenting pleadings in a piecemeal fashion risks needless confusion as to the charges properly before the court and this confusion is easily remedied by requiring Plaintiff to plead, or amend, in a unitary fashion.

4. Defendants object to piecemeal amendments to the pleadings in this case and request that Plaintiff be ordered to present any proposed amendments in a unitary fashion in a complete and orderly manner.

WHEREFORE, MICHAEL D. McCOY, STEVE SMITH, and JUDY MOSS, pray that the current Motions to Amend be denied.

BY: RESPECTFULLY SUBMITTED

MICHAEL D. McCOY,
STEVE SMITH, and
JUDY MOSS, Defendants.

KEVIN W. LYONS
State's Attorney of Peoria County

**s/WILLIAM W. P. ATKINS**
Attorney Bar Number: 6228780
Attorney for Defendant
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail:
batkins@peoriacounty.org

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| IAN G. WATKINS,              )  | |
|         Plaintiff,    ) | |
| vs.                          ) | |
|                              ) | CASE NO. 08-1065 |
| MICHAEL D. McCOY, et al.,    ) | |
|         Defendants.) | |

### CERTIFICATE OF SERVICE

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 19th day of June, 2008, I caused a true and correct copy of the attached Response to Motions to Amend to be served upon:

    Ian G. Watkins
    Peoria County Jail
    301 Maxwell Rd.
    Peoria, IL 61604

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

                              **s/WILLIAM W. P. ATKINS**
                              Attorney Bar Number: 6228780
                              Attorney for Defendant
                              Peoria County Courthouse
                              324 Main Street, Room 111
                              Peoria, Illinois 61602
                              Telephone: (309) 672-6017
                              Fax: (309) 495-4914
                              E-mail: batkins@peoriacounty.org