# United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Ian G. Watkins** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-1065** |
| **McCoy, et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Peoria County Jail at Peoria, IL.

**WE COMMAND** that you produce the body of **Ian G. Waktins**, Register No. **R23166**, who is in your custody at Peoria County Jail before the United States District Court on **September 18, 2008, at 2:30 p.m., or as soon thereafter as the Court reaches the case,** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 1, 2008

                                              PAMELA E. ROBINSON, CLERK
                                              UNITED STATES DISTRICT COURT

                                              BY: ___s/M. Leininger_____
                                                    Deputy Clerk